UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD SCOTT TUCKER, Personal Representative of the estate of CLIFFORD TUCKER, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 2:19-cv-78 |
| -v- | ) ) | Honorable Paul L. Maloney |
| KEITH ROMBACK, et al., | ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

In accordance with the order entered today (ECF No. 92), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

**Date:** August 28, 2020       /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge